# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CA, INC. and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | Case No. 2:21-cv-00080-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Conduct Venue Discovery and to Extend Briefing Deadlines filed by Plaintiffs CA, Inc. and Avago Technologies International Sales Pte. Limited ("Plaintiffs"). **Dkt. No. 33**. Plaintiffs' Motion notifies the Court that Plaintiffs and Defendant Netflix, Inc. ("Defendant") have agreed to limited discovery relating to venue and to extend the deadlines associated with the briefing on Defendant's Motion to Dismiss or Transfer filed on May 17, 2021.

After due consideration, the Court **GRANTS** Plaintiffs' Motion. It is therefore **ORDERED** that the Parties may conduct venue discovery, with the remaining deadlines on Netflix's Motion to Dismiss or Transfer to be tolled until the close of venue discovery. The Parties will conduct discovery and resume briefing according to the following schedule:

| Event | Deadline |
|---|---|
| Plaintiffs to serve venue discovery | May 28, 2021 |
| Netflix to serve responses to venue discovery | June 18, 2021 |
| Complete venue discovery | July 2, 2021 |

2

| Plaintiffs to file Response to Netflix's Motion to Dismiss or Transfer | July 13, 2021 |
|---|---|
| Netflix to file Reply in support of Netflix's Motion to Dismiss or Transfer | July 20, 2021 |
| Plaintiffs to file Sur-Reply to Netflix's Motion to Dismiss or Transfer | July 27, 2021 |

**SIGNED this 28th day of May, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE