**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CA, INC. and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>                    Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.,<br><br>                    Defendant. | No. 2:21–CV–80–JRG–RSP<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL (ECF NO. 38)**

On June 28, 2021, Plaintiffs filed a Motion to Compel Discovery Responses against Defendant Netflix. ECF No. 38. Plaintiffs' and Defendant's lead attorneys and local counsel subsequently participated in the telephonic meet-and-confer required by the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes. As a result of the meet-and-confer and subsequent discussions, the Parties reached agreement on the vast majority of the issues in Plaintiffs' Motion to Compel. And through those discussions, Plaintiffs agreed to withdraw their Motion to Compel with prejudice to refiling.

Accordingly, Plaintiffs respectfully move to withdraw their Motion to Compel, ECF No. 38, and request that the July 13, 2021, hearing be taken off-calendar. Defendant Netflix does not oppose this request.

Respectfully submitted by:

/s/ *Richard L. Wynne, Jr.*

Bruce S. Sostek, Attorney-in-Charge
 State Bar No. 18855700
 bruce.sostek@tklaw.com
Richard L. Wynne, Jr.
 State Bar No. 24003214
 richard.wynne@tklaw.com
Adrienne E. Dominguez
 State Bar No. 00793630
 adrienne.dominguez@tklaw.com
Austin Teng
 State Bar No. 24093247
 austin.teng@tklaw.com

**THOMPSON & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (fax)

Samuel F. Baxter
 State Bar No. 01938000
 sbaxter@mckoolsmith.com
Jennifer L. Truelove
 State Bar No. 24012906
 jtruelove@mckoolsmith.com

**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
903.923.9000
903.923.9099 (fax)

ATTORNEYS FOR PLAINTIFFS CA, INC. and
AVAGO TECHNOLOGIES INTERNATIONAL SALES
PTE. LIMITED

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 2, 2021, I conferred with Defendant's counsel about the relief sought in this Motion, and that the Motion is unopposed.

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record via ECF on July 5, 2021.

/s/ Richard L. Wynne, Jr.
Richard L. Wynne, Jr.