IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CA, INC. and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | § § § § § § § § § § § § § Case No. 2:21-cv-00080-JRG-RSP |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge, recommending denial of Defendant Netflix, Inc.'s Motion to Dismiss for Improper Venue, or in the Alternative, Transfer to the Northern District of California (the "Report and Recommendation") (Dkt. No. 110).  Netflix, Inc. filed its Objections to the Report and Recommendation on October 5, 2021.  (Dkt. No. 114.)

After considering *de novo* the reasoning provided in the Report and Recommendation, the underlying briefing on the Motion to Dismiss, and the Objections filed by Netflix, Inc., the Court agrees with the conclusions reached in the Report and Recommendation and finds the arguments made in the Objections to be unpersuasive.  Accordingly, the Court overrules the Objections and adopts the Report and Recommendation.

The Motion to Dismiss for Improper Venue, or in the Alternative, Transfer to the Northern District of California (Dkt. No. 26) is **DENIED**.

**So ORDERED and SIGNED this 25th day of October, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE