# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CA, INC., AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>NETFLIX, INC.,<br><br>*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO.  2:21-CV-00080-JRG |

## ORDER

In accordance with the Order issued by the United States Court of Appeals for the Federal Circuit (No. 2022-110), the Court hereby **TRANSFERS** the above-captioned case to United States District Court for the Northern District of California.

**So ORDERED and SIGNED this 19th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE