# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CA, INC. and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | No. 2:21-cv-00080-JRG-RSP<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY PENDING TRANSFER

Plaintiffs CA, Inc. and Avago Technologies International Sales Pte. Limited and Defendant Netflix, Inc. hereby submit this Joint Motion to Stay Pending Transfer of this action to the Northern District of California.

On January 19, 2022, the U.S. Court of Appeals for the Federal Circuit granted Netflix's Petition for Writ of Mandamus.  Dkt. 256 at 11.  Following this Court's order transferring the action, the Northern District of California will enter an order setting an initial Case Management Conference. CAND Civil L.R. 16-2(c).  Under this Court's current Docket Control Orders (Dkt. 177, 211), certain filing dates, hearings, and deadlines are currently set to expire or occur before the end of the TXED Local Rule CV-83(b) period and before the Northern District of California's entry of an initial case management order.

Accordingly, the Parties jointly move this Court for an Order staying all pending deadlines in this action until a new scheduling order is entered in the Northern District of California following transfer of this matter to that Court.

1

1814880

Dated: January 19, 2022

<div style="display: flex;">
<div>

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

*/s/ Sharif E. Jacob*
ROBERT A. VAN NEST
LEO L. LAM
PAVEN MALHOTRA
SHARIF E. JACOB
EDWARD A. BAYLEY
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415 391 5400
Fax: 415 397 7188

GILLAM & SMITH LLP
MELISSA R. SMITH
State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75702
Tel: 903-934-8450
Fax: 903-934-9257
melissa@gillamsmithlaw.com

Attorneys for Defendant NETFLIX, INC.

</div>
<div>

Respectfully submitted,

*/s/ Richard L. Wynne*
Bruce S. Sostek, Attorney-in-Charge
  State Bar No. 18855700
  bruce.sostek@hklaw.com
Richard L. Wynne, Jr.
  State Bar No. 24003214
  richard.wynne@hklaw.com
Adrienne E. Dominguez
  State Bar No. 00793630
  adrienne.dominguez@hklaw.com
Austin Teng
  State Bar No. 24093247
  austin.teng@hklaw.com

**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (fax)

Samuel F. Baxter
  State Bar No. 01938000
  sbaxter@mckoolsmith.com
Jennifer L. Truelove
  State Bar No. 24012906
  jtruelove@mckoolsmith.com

**McKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
903.923.9000
903.923.9099 (fax)

ATTORNEYS FOR PLAINTIFFS CA, INC. and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED

</div>
</div>

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of January, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the court's CM/ECF system under Local Rule CV-5(a)(3).

<div style="text-align: right;">

*/s/ Melissa R. Smith*
Melissa R. Smith

</div>

## CERTIFICATE OF CONFERENCE

The undersigned certify that counsel for Netflix met and conferred with counsel for Plaintiffs pursuant to Local Rule CV-7.  On January 19, 2022, counsel for Netflix, with Sharif E. Jacob as lead counsel, met and conferred regarding this motion with counsel for Plaintiffs, with Richard Wynne as lead counsel, and it is agreed and filed jointly.

<div style="text-align: right;">

*/s/ Melissa R. Smith*
Melissa R. Smith

</div>

1814880